DAG MOTORS, INC. *v.* ROBERT C. LEUBA, COMMISSIONER OF MOTOR VEHICLES

The motion by the firm Cooney and Scully to withdraw its appearance as counsel for the plaintiff in the appeal from the Court of Common Pleas in Hartford County is granted.

*Louis B. Blumenfeld,* on the motion.

Argued October 2—decided October 2, 1973

The defendant's motion to set aside the judgment of the trial court and for an order directing a final judgment for the defendant in the appeal from the Court of Common Pleas in Hartford County is granted unless the plaintiff files its brief on or before November 6, 1973.

*Cornelius F. Tuohy,* assistant attorney general, for the appellant (defendant).

*Louis B. Blumenfeld,* for the appellee (plaintiff).

Argued October 2—decided October 2, 1973

VIRGINIA H. FITZGERALD *v.* CLIFFORD L. FITZGERALD, JR.

The defendant's motion for review of an order of the trial court having been considered is denied and his "Motion to Set Aside Judgment and/or Dismiss" in the appeal from the Superior Court in Fairfield County at Stamford is granted unless the plaintiff files her counterfinding on or before November 1, 1973.

*Bernard S. Peck,* with whom was *Dennis G. Eveleigh,* for the appellant (defendant).

*Robert M. Wechsler,* for the appellee (plaintiff).